(70 South. 1011)

No. 21759.

STATE v. O'NEAL.

(Feb. 21, 1916.)

*(Syllabus by the Court.)*

CRIMINAL LAW ☞1023(9)—APPEAL—DISMIS-
SAL—SENTENCE.

An appeal in a criminal case will be dismissed, where the record shows that no sentence has been imposed upon the appellant.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2596; Dec. Dig. ☞1023(9).]

Appeal from Twenty-Second Judicial District Court, Parish of East Baton Rouge; H. F. Brunot, Judge.

Harney O'Neal was convicted of crime, and appeals. Appeal dismissed.

Favrot & Strickland, of Baton Rouge, for appellant. R. G. Pleasant, Atty. Gen., and Charles A. Holcombe, Dist. Atty., of Baton Rouge (G. A. Gondran, of New Orleans, of counsel), for the State.

On Motion to Dismiss.

SOMMERVILLE, J. The motion is based on the ground that no sentence has been imposed by the district court upon defendant.

The minute entry of Friday, December 10, 1915, is in part as follows:

"The case was then taken up, and, after introduction of evidence, was submitted; and the court rendered a verdict of guilty as charged. Whereupon the defendant, by counsel, moved for an appeal herein, returnable before the Supreme Court of this state, according to law. Whereupon it was ordered that said defendant be granted said appeal, returnable before the Supreme Court on Monday, December 27, 1915."

A verdict of guilty appears to have been found in the case; but, as suggested by the Attorney General, a sentence had not been imposed when an appeal was moved for and granted. The motion and order for appeal were prematurely made.

Appeal dismissed.